[Dkt. Ent. 17]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

|  |  |
|---|---|
| ROBERT SCULL, | : |
| Plaintiff, | : Civil Action No. |
|  | : 10-4633 (RMB/AMD) |
| v. | : |
|  | : **ORDER** |
| THE WACKENHUT CORPORATION, | : |
| Defendant. | : |

THIS MATTER coming before the Court upon a motion for summary judgment by Defendant; and

THE COURT having considered the moving papers, as well as those submitted in opposition and reply, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this **24th** day of **May 2012**, hereby **ORDERED** that the Court **grants** Defendant's motion for summary judgment with respect to Count I, which alleges a violation of the New Jersey Law Against Discrimination, and **denies** Defendant's motion with respect to Count II, which alleges a violation of the New Jersey Conscientious Employee Protection Act.

                                      <u>s/Renée Marie Bumb</u>
                                      RENÉE MARIE BUMB
                                      UNITED STATES DISTRICT JUDGE