IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROBERT SCULL,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WACKENHUT CORPORATION,<br><br>    Defendant. | Civil No. 10-4633<br>(RMB/AMD)<br><br>**JURY VERDICT SHEET** |

1. Do you find that Plaintiff has proven, by a preponderance of the evidence, that Plaintiff had an objectively reasonable belief that Wackenhut had engaged in an ATL staffing practice that violated a federal law?

    Yes __X__        No _____

If your answer to Question 1 is "No," stop here and advise the Court Clerk that you have reached a verdict. If your answer to Question 1 is "Yes," please proceed to Question 2.

2. Do you find that Plaintiff has proven, by a preponderance of the evidence, that Plaintiff had engaged in a protected activity by raising concerns to Wackenhut regarding an ATL staffing practice he reasonably believed to have violated a federal law?

    Yes __X__        No _____

If your answer to Question 2 is "No," stop here and advise the Court Clerk that you have reached a verdict. If your answer to Question 2 is "Yes," please proceed to Question 3.

3. Do you find that Plaintiff has proven, by a preponderance of the evidence, that Wackenhut terminated his employment in retaliation for engaging in a protected activity by raising

concerns regarding an ATL staffing practice he reasonably believed to have violated a federal law?

    Yes    _X_            No    ___

If your answer to Question 3 is "No," stop here and advise the Court Clerk that you have reached a verdict. If your answer to Question 3 is "Yes," please proceed to Question 4.

4. What sum of money will fairly and reasonably compensate Plaintiff for the damages he has sustained as a proximate result of Wackenhut's unlawful retaliation?

    Back Pay (from date of Plaintiff's separation to date)      $ 400,000

    Front Pay (from today forward)      $ 0

Please stop.

WHEN YOU REACH THE POINT WHERE YOU ARE INSTRUCTED TO STOP, PLEASE INFORM THE UNITED STATES MARSHAL THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

6/21/13
DATE

SIGNATURE OF FOREPERSON