UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                   **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                          January 17, 2014

**COURT REPORTER: REGINA TELL**

**Docket #**  10-cv-4633(RMB/AMD)

**TITLE OF CASE:**

SCULL VS. THE WACKENHUT CORPORATION

**APPEARANCES:**

Matthew S. Wolf, Esquire for plaintiff
John K. Bennett, Esquire for defendant

**NATURE OF PROCEEDINGS:** MOTION HEARING

Hearing on [133] Motion for Reconsideration by defendant.
Decision Reserved.
Ordered the parties to have a settlement conference with Judge Donio on 2/14/14 at 10:00a.m.

Time commenced: 1:15p.m.                            Time Adjourned: 2:45p.m.

Total 1 Hour and 30 Minutes

s/ Arthur Roney
DEPUTY CLERK

**cc: Chambers**